**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Arnold D. Grice

RECEIVED
FEB 1 1 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

(Enter above the **FULL** name and inmate
number of the plaintiff or plaintiffs in this action)

vs.

**COMPLAINT**

Iowa
Dept. of Correction
Newton Corr. Facility
Shift. Cap. Robinson
C/O. Victoria Jackson

(Enter above the **FULL** name of each defendant
in this action)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for
EACH plaintiff by name, using a separate sheet of paper.

I.  Previous Lawsuits:

   A.   Have you begun other lawsuits in State or Federal Court dealing with the <u>same
        facts</u> involved in this action or otherwise relating to your imprisonment?
        Yes (  )  No (✗)

   B.   If your answer to **A** is Yes, please answer questions 1 thru 7. (If there is more than
        one lawsuit, describe the additional lawsuits on another sheet of paper, using the
        same outline.)

1. Parties to this previous lawsuit
   Plaintiffs _____

   Defendants _____

2. Court (if Federal Court, name the district; if State Court, name the county)
   _____

3. Docket Number _____

4. Name of Judge to whom the case was assigned _____

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of Present Confinement __Newton Correctional Facility__

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X) No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (X) No ( )

   C. If your answer is **Yes**,
      1. What steps did you take? Filed a formal written grievance

      2. What was the result? The following week was seen by Medical Staff, that was followed up with X-rays. From there I have been to IUHC about 5 times.

   D. If your answer is **No**, explain why not

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

   F. If your answer is **Yes**,
      1. What steps did you take?

      2. What was the result?

2

III. Parties
(In item **A** below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiff(s), if any.)

    A.    Name of Plaintiff  Arnold D. Grice
           Address  NCF, P.O. Box 218, Newton, IA 50208

    B.    Additional plaintiffs

(In item **C** below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item **D** for the names, positions, and places of employment of any additional defendants.)

    C.    Defendant  Victoria Jackson
           is employed as  Correctional Officer
           at  Newton Correctional Facility

    D.    Additional defendants  Shift Captain Mike Robinson.

IV. Jurisdiction
This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343.  Plaintiff(s) allege(s) the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

3

V. **Statement of Claim**

(state here as briefly as possible the **FACTS** of your case. You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

On 1-15-19 plaintiff, Arnold Grice was having issues with C/O Kimberely Richardson on Living Unit Echo. Grice felt Richardson had verbally abused him on many occassions and in order to keep his cool he needed to check himself into PC. continued.

VI. (State briefly exactly what you want the Court to do for you. Make no legal arguments. **Do not cite cases or statutes**.)

I believe I have a "reasonable" Personal Injury Claim" in which I am asking the Courts to grant me the sum total of $75,000. Also after SOTP I would like immediate parole to have a second medical evaluation.

VII. Statement Regarding Assistance in Preparing this Complaint
 A. Did any person other than a named plaintiff in this action assist you in preparing this complaint? Yes ( ) No (✓)
 B. If your answer is **Yes** name the person who assisted you.
 C. Signature of person who helped prepare complaint.

(Signature) _____ (Date) _____

VIII. **Signature(s) of Plaintiff(s)**

Signed the 6th day of February, 2021
(Signature of Plaintiff) Arnold Grice 1/6/319
Signatures of additional plaintiffs, if any:

Part V. Continued

On February 14, 2019 there was electric work being done on LUA. all inmates had to be cuffed due to security protocol.

1. The first time: was about 8-11am, all inmates were cuffed with their hands in the front and told to relax or lay in bed.

2. The second time: We were move to the other wing of the unit, but this time we were handcuffed in the back. This lasted about 1 hr. and 30 mins. Maybe 330-5pm.

3. Third time: Was about 15-20 mins, from 610-630 pm

On the 2nd and 3rd occasions officers used flexicuffs, the plastic cuffs that are tightened by pulling the straps. My shoulders were already irritated from the second time we were cuffed, probably because how long we were cuffed. I would say at least 90 mins. but the cuffs were not too tight.

However, about 610-630 pm the electric company came back and we were handcuffed again. This time we were told to back-up to the portal hole of the cell door and stick our hands through the hole.

C/O, Victoria Jackson placed the cuffs (right) on my hand first and pulled the flexicuff strap as tight as it could go. I immediately said, "These cuffs are too tight" I was told, "Grice put your hands in the portal" I placed my hands back and she grabbed my (left) hands turning my palms outward and pulled the cuff straps all the way to my wrist. My hand circulation was cut off and palms and finger became numb. I complained again but I was told, "Grice have a seat, this won't be long."

After about 2 mins. it felt like my right shoulder was about to pop out the socket. I went to the door and said, "Hey something doesn't feel right in my shoulder" Again I was told, "Grice sitdown and be quiet. About another minute or so and the pain was unbearable.

I approached the door again, but this time I was yelling, "Get these cuffs off of me." They finally opened the door, but they didn't take the cuffs off. They walked me down to the showers, opened up the door and put in there and shut the door as if that would remedy the problem. By this time I'm irate and start yelling and finally, an officer said, "Hey cut the cuffs off!" They opened the door and cut the cuffs.

On Monday 2/17/19 I was seen by a nurse. My right shoulder had a lot of aching and when I would move it, it would make a popping sound. Also in my right hand I was experiencing a throbbing pain and numbness as if I had fell asleep on it.

Since then I've had X-rays on my shoulder and hand, but nothing was broken. I started seeing the doctors at IUHC in which I was given a cortizone shot and physical therapy exercises to no avail.

The biggest issues is I did not receive a sound scan on my hand until 10 months after my injury.

Also I did not recieve an MRI on my shoulder until Oct/Nov. of 2020, which was at least 20 to 21 months after the injury.

My fear is that my hand and shoulder may be permanently damage. On my last visit I was given a brace for my pinky because it is dislocated, or hangs to the side. But again this is 20 months after the injury, even the doctor said she is not sure if it will ever return to normal.

I would also like to mention, that Capt. Robinson told me, "Be a man" as I was complaining about my injury. In fact he and members of the classification team felt like my reason for leaving LUE was not justified and I used that issue to "Manipulate a Transfer". The reason I mention this is because I have been experiencing some retaliation from some staff.

ARNOLD GRICE 1161314
NEWTON CORR. FACILITY
P.O. BOX 218
NEWTON, IA. 50208





X-RAYED & CLEARED BY U.S.M.S.

Clerk of Court
U.S. District Court
P.O. Box 9344
Des Moines, IA

9344

Inspected By: Nida
Date: 2/6/21

Legal Mail